IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.

CHARLES W. WALKER, SR.,
THE CWW GROUP, INC., GEORGIA
PERSONNEL SERVICES, INC., and
THE AUGUSTA FOCUS, INC.

CR 104-059

**O R D E R**

Presently before the Court in this criminal matter is an objection by Defendant Charles W. Walker, Sr., to a Report and Recommendation of the United States Magistrate Judge entered on April 25, 2005. In the Report and Recommendation, the Magistrate Judge recommends that Defendant Walker's motion to dismiss certain counts of the indictment be denied.

In his motion to dismiss, Defendant Walker sought dismissal of Counts 41-49 ("the Grady Counts") on the bases of vagueness, duplicity, and federalism. He also sought dismissal of Counts 50-69 ("the Medical College of Georgia Counts") and Counts 70-81 ("the Political Campaign Counts") on the bases of vagueness and federalism. All of these counts were also challenged on the basis that 18 U.S.C. § 1346, which defines the term "scheme or artifice to defraud," is inherently vague and vague as applied to these counts.

The Magistrate Judge rejected all of the grounds for dismissal either on their merits or on the basis that Defendant Walker abandoned them by failing to elaborate with legal or factual arguments. In his objection to the Report and Recommendation, Defendant asks this Court to dismiss the challenged counts of the indictment but only sets forth specific objections with respect to the Grady Counts. Accordingly, having presented no new legal argument that would change or alter the legal conclusions of the Magistrate Judge with respect to the Medical College of Georgia Counts and the Political Campaign Counts, any objection thereto is **OVERRULED**.

With respect to the Grady Counts, I have reviewed <u>de novo</u> the arguments of the parties and the relevant law and find no reason to disturb the legal conclusions of the Magistrate Judge.[1] In particular, this Court will not read the Grady Counts in isolation when examining the sufficiency of the indictment because the indictment specifically incorporates other relevant allegations into the Grady Counts. In reading the indictment as a whole, I conclude the allegations of the indictment are not too vague for Defendant Walker to know what it is he must defend against in the Grady Counts.

---

[1] The Magistrate Judge cogently analyzed Defendant's arguments related to the Grady Counts based on the sufficiency of the indictment, duplicity, the constitutionality of § 1346, and federalism.

Accordingly, the specific objections to the Report and Recommendation's conclusion as to the Grady Counts are hereby **OVERRULED**.

Upon the foregoing, the Report and Recommendation of the Magistrate Judge [Doc. No. 85] is **ADOPTED** as the opinion of the Court. Defendant's motion to dismiss certain counts of the indictment [Doc. No. 44] is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of May, 2005.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     *

      vs.     *     CASE NO. CR104-059

CHARLES W. WALKER, SR., et al.   *

                *

                *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as Order _____ dated 5/17/05 _____, which is part of the official records of this case.

Date of Mailing:   5/18/05
Date of Certificate:   5/18/05

                          SCOTT L. POFF, CLERK

                          By _____

NAME:
1. Charles W Walker, Edward T.M. Garland, Thomas W. Tucker
2. Donald Samuel
3. Jerome J. Froelich, Jr.
4.
5.
6.
7.

Cert/Copy
- ☐ ☒ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☒ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds