IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA          *
                                  *
v.                                *       CR 104-059
                                  *
CHARLES W. WALKER, SR.            *

O R D E R

Before the Court in the captioned case is a "Motion to Terminate Supervised Release" pursuant to 18 U.S.C. § 3583(e)(1). Walker began his term of supervised release on September 26, 2014. He has completed one year and two months of his three-year term of supervised release with no violations. Both the Government and Walker's supervising probation officer oppose the motion. The United States Probation Office notes that it does not typically recommend early termination until an offender has served 2/3 of his term of supervised release.

Upon due consideration, the Court cannot find any reason to warrant treating Walker any differently than it does other similarly situated offenders. **IT IS THEREFORE ORDERED** that Walker's motion (doc. no. 258) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _24th_ day of November, 2015.

UNITED STATES DISTRICT JUDGE