IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | 1:04-cr-00059-DHB |
| | ) | |
| CHARLES W. WALKER, SR., | ) | |
| | ) | |
| MOVANT. | ) | |

**MOTION TO TERMINATE SUPERVISED RELEASE AFTER
COMPLETION OF TWO YEARS OF SUPERVISION
PURSUANT TO 18 U.S.C. §3583(e)(1)**

NOW COMES Charles W. Walker, Sr., and files this Motion to Terminate supervised Release, pursuant to 18 U.S.C. §3583(e)(1). Walker began his term of supervised release on September 26, 2014. He has completed 24 months of his three-year term of supervised release with no violations.

INTRODUCTION

The district court enjoys "broad discretion" when, after "tak[ing] into account a variety of considerations, including the nature of the offense and the history of the offender, as well as any implications for public safety and deterrence," it discharges a defendant's supervised release. See United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998). "These [factors] are largely the same considerations the court must assess when imposing the original sentence." Id.

Title 18 U.S.C. § 3583(e)(1) states that: "The court may, after considering the factors set forth in section (a)(1), (a)(2)(B), (a)(2)(C), (a)(4), (a)(5), and (a)(6), terminate a term of supervised release and discharge the person released at any time after the expiration of one year of supervised release ... If it is satisfied that such action is warranted by the conduct of the person released and the interest of justice." "Claims of injustice or unfairness may be properly evaluated - as one factor

among many-under the broad and general directive of § 3583(e)(l)." <u>Jeanes</u> at 484-485. However, the court must be "satisfied that such action is warranted by the conduct of the defendant and in the interest of justice." *Id.* As the Supreme Court has noted: [§ 3583(e)(1)] is the unequivocal provision for ending the term of supervised release without the possibility of its reimposition or continuation at a later time. Congress wrote that when a court finds that a defendant's conduct and the interest of justice warrant it, the court may "terminate a term of supervised release and discharge the person released," once at least a year of release time has been served. <u>Johnson v United States</u>, 529 U.S. 694, 120 S.Ct. 370, 146 L.Ed.2d 727, 738 (2000).

## DISCUSSION

Movant Charles W. Walker, Sr. respectfully asks this court to terminate his supervised release term for his "conduct" while on supervised release and in the "interest of justice."

I. Movant has shown exemplary post-conviction adjustment and conduct in his supervision responsibilities. He has fully complied with the court's express terms of supervision, including abstaining from drug use (as evidenced by his continued "clean" drug monitoring), fully obeying the law, and diligently complying with the requirements of the Probation Department. Movant has tried to live a productive lifestyle by participating in social activities with his wife and family and his church. Movant also shows that but for the injuries sustained in said MVA caused solely by the negligence of others, from which he has substantially recovered, he has been gainfully employed since his release from incarceration.

II. When evaluating his offense conduct, criminal history, and potential for further crimes, Movant believes this court can find that his further and continued supervision is not required because he meets the criteria, as suggested by the U.S. Administrative Office of the Courts, for early termination, which include: "law-abiding behavior, full compliance with the

conditions of supervision, and a responsible, productive lifestyle." See <u>Publication 109</u>, p.37 (1993), U.S. Administrative Office of Courts.  *See also*, <u>Publication 109</u>, Chapter III, p.19-21 (2007 Revision).  Movant meets all of the following suggested criteria from <u>Publication 109</u> (p.20):

1. Stable community reintegration (e.g., residence, family, employment);

2. Progressive strides toward supervision objectives and in compliance with all condition supervision;

3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

4. No history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);

5. No recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;

6. No recent evidence of alcohol or drug abuse;

7. No recent psychiatric episodes;

8. No identifiable risk to the safety of any identifiable victim; and

9. No identifiable risk to public safety based on the Risk Prediction Index (RPI).

<u>CONCLUSION</u>

WHEREFORE, Movant Charles W. Walker, Sr. asks this court to terminate his supervised release term early for the aforementioned reasons.

This 27th day of September, 2016.

                                        ATTORNEYS FOR MOVANT

                                      /s/ Thomas F. Allgood, Jr.
                                      THOMAS F. ALLGOOD, JR.
                                      Ga. Bar. No. 012750
                                      USDC for SD of GA No. 12073
                                      E-mail: tomallgood@tomallgood.com

Allgood & Mehrhof, P.C.
233-B Davis Road
Augusta, GA 30907
Telephone:    (706) 724-6526
Telecopier:    (706) 724-0043

## CERTIFICATE OF SERVICE

This is to certify that I have this day served opposing counsel in the foregoing matter with a copy of the above and foregoing by depositing in the United States Mail a copy of same in a properly addressed envelope with sufficient postage affixed thereto to insure delivery and addressed as follows:

>Office of the U.S. Attorney for the Southern District of Georgia
>600 James Brown Blvd, Suite 200
>Augusta, Georgia 30901
>
>Office of United States Probation
>600 James Brown Blvd., 3rd Floor
>Augusta, GA 30901

This 27th day of September, 2016.

>ATTORNEYS FOR MOVANT
>/s/ Thomas F. Allgood, Jr.
>THOMAS F. ALLGOOD, JR.
>Ga. Bar. No. 012750
>USDC for SD of GA No. 12073
>E-mail: tomallgood@tomallgood.com

Allgood & Mehrhof, P.C.
233-B Davis Road
Augusta, GA 30907
Telephone:     (706) 724-6526
Telecopier:    (706) 724-0043